UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

METSO MINERAL INDUSTRIES, INC.,

        Plaintiff,

v.

FLSMIDTH-EXCEL LLC, EXCEL FOUNDRY & MACHINE, INC., JOSEPH P. MARTINEZ, CHERYL A. SULLIVAN, RICHARD A. PARSONS, DOUGLAS M. PARSONS, KENNETH L. OLSON, and CHRISTOPHER P. WADE,

        Defendants.

Case No. 07-CV-926
Judge J.P. Stadtmueller

## DECLARATION OF AMY L. LINDNER

I, Amy L. Lindner, declare and state as follows:

1. I am one of the attorneys representing Defendants FLSmidth-Excel LLC, Excel Foundry & Machine, Inc., Kenneth L. Olson, Douglas M. Parsons, Richard A. Parsons and Christopher P. Wade. I have personal knowledge as to the matters set forth below.

2. Separately filed under seal as Exhibit 1 is a true and correct copy of the Expert Report of David B. Lasatar.

3. Attached as Exhibit 2 is a true and correct copy of the webpage cited by Metso: http://www.ftc.gov/os/2001/09/metsoanalysis.htm.

4. Attached as Exhibit 3 is a true and correct copy is a copy of Metso's Employee memorandum regarding the "Integration Process", produced by Metso at MM0015061.

I declare the foregoing is true under the penalty of perjury.

Dated this 24th day of May, 2010.

    s/ Amy L. Lindner
Amy L. Lindner
WI State Bar ID No. 1047148
alindner@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

REINHART\3641496